## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**GAB COMMERCIAL PROPERTIES, LLC**

**CIIVL ACTION**

**VERSUS**

**NO. 25-0215-JWD-SDJ**

**ATLANTIC CASUALTY INSURANCE
COMPANY ET AL**

## OPINION AND JUDGMENT

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 14, 2026 (Doc. 38), to which no objection was filed,

**IT IS ORDERED** that the case is **REMANDED** to 23rd Judicial District Court, for the Parish of Ascension, Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on <u>July 30, 2026</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**